FILED'10 MAR 10 11:34USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GERHARD BLASER o/b/o W.R.B.,
a MINOR CHILD,

       Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner, Social Security,

       Defendant.

Civ. No. 09-149-CL

**ORDER**

**PANNER, District Judge**:

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Report and Recommendation, the district court must make a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

1 - ORDER

Here, plaintiff objects to the Report and Recommendation. I have, therefore, given this matter de novo review. I find no error. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#11) is adopted. The Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this _10_ day of March, 2010.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER